

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00179-CV

———————————————

TAMMY ROE, AS THE EXECUTRIX OF THE ESTATE OF MICHAEL KEVIN ROE, Appellant

V.

EL-CID ORGANO TAJON, M.D.; JASON POND, M.D.; TEXAS HEALTH HARRIS METHODIST HOSPITAL; AND RADIOLOGY ASSOCIATES OF NORTH TEXAS, P.A., Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-337383-22

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's motion to voluntarily dismiss her appeal against two of the four appellees, Jason Pond, M.D. and Radiology Associates of North Texas, P.A. We grant the motion and dismiss that portion of the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

This appeal shall hereafter be styled *Tammy Roe, as the Executrix of the Estate of Michael Kevin Roe v. El-Cid Organo Tajon, M.D. and Texas Health Harris Methodist Hospital.*

Per Curiam

Delivered: September 21, 2023